IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES KY ANDERSON,

        Petitioner,

  v.

TOM L. CAREY, Warden,

        Respondent.
                                   /

No. CV-05-3315 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. The petition for a writ of habeas corpus is hereby DENIED.

    2. The State of California is hereby DISMISSED as respondent in this action, and the Clerk is hereby DIRECTED to substitute Tom L. Carey, Warden of California State Prison, Solano, as respondent.

Dated: September 22, 2008                          Richard W. Wieking, Clerk

                                                                           By: Tracy Lucero
                                                                           Deputy Clerk